# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 11 0879

UNITED STATES OF AMERICA,

V.

DEBORAH JEAN MADDEN

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 843(a)(3) - Acquiring a Controlled Substance By Subterfuge

---

A true bill.

_____
Foreman

Filed in open court this _____ day of

_____

K. Sims, Clerk

Surrmons Dec 7, 2011 @ 9:30am.

Bail, $

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>SAN FRANCISCO DIVISION |
| **OFFENSE CHARGED**<br>21 U.S.C. § 843(a)(3) -- Acquiring a controlled substance by subterfuge<br>☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony<br>PENALTY: Imprisonment for up to four years; supervised release for up to one year; fine of up to $250,000; special assessment of $100 | **DEFENDANT - U.S**<br>▶ DEBORAH JEAN MADDEN<br>DISTRICT COURT NUMBER<br>11 0879 SI |

FILED E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Melinda Haag
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Drew Caputo & Kathryn Haun

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/7/11/ at 9:30 a.m.   Before Judge: Elizabeth D. Laporte

Comments:

1 | MELINDA HAAG (CABN 132612)
United States Attorney

2
3
4
5       E-filing
6
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

CR 11 0879 SI

| | |
|---|---|
| 13  UNITED STATES OF AMERICA, ) | No. |
| 14       Plaintiff, ) | VIOLATION: Title 21, United States Code, Section 843(a)(3) – Acquiring a Controlled Substance By Subterfuge |
| 15  v. ) | |
| 16  DEBORAH JEAN MADDEN, ) | SAN FRANCISCO VENUE |
| 17       Defendant. ) | |
| 18  _____ ) | |

INDICTMENT

The Grand Jury charges:

In or about October through December 2009, in the Northern District of California, the defendant,

DEBORAH JEAN MADDEN,

did knowingly and intentionally acquire and obtain possession of, by misrepresentation, fraud, forgery, deception, and subterfuge, a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and

///

INDICTMENT

1 | salts of isomers, in violation of Title 21, United States Code, Section 843(a)(3).

3 | DATED: December 1, 2011      A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____
AUSA Caputo and AUSA Haun

INDICTMENT                              2