MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov
   E-Mail: kathryn.haun@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0879 SI |
|---|---|---|
|     Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM |
|   v. | ) ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| DEBORAH JEAN MADDEN, | ) ) | |
|     Defendant. | ) ) | |

    With the agreement of the parties, and with the consent of defendant Deborah Jean Madden, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from December 9, 2011, to February 3, 2012.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant made her first appearance in district court in this matter on December 9, 2011.  At this appearance, the United States delivered extensive discovery materials to defendant's counsel.  Defendant's counsel requires time to review these discovery materials and to consult with his client about the materials and about her defense in this case.  Defendant's

SPEEDY TRIAL ACT STIP. & [PROPOSED] ORDER
CR 11-0879 SI

1 | counsel also has two trials in other matters scheduled for the month of January 2012.
2 | Accordingly, failure to grant the requested continuance would deny defendant's counsel
3 | reasonable time necessary for effective preparation, taking into account the exercise of due
4 | diligence, in this case.
5 |     2.    Given these circumstances, the Court found that the ends of justice served by
6 | excluding the period from December 9, 2011, to February 3, 2012, outweigh the best interest of
7 | the public and the defendant in a speedy trial.  Id. at § 3161(h)(7)(A).
8 |     3.    Accordingly, and with the consent of the defendant, at the hearing on December 9,
9 | 2012, the Court ordered that the period from December 9, 2011, to February 3, 2012, be excluded
10 | from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
11 |     IT IS SO STIPULATED.

13 | DATED: December 11, 2011          /s/
14 |                               PAUL F. DEMEESTER
                              Attorney for Defendant

16 | DATED: December 9, 2011           /s/
17 |                               ANDREW P. CAPUTO
                              Assistant United States Attorney

19 |     IT IS SO ORDERED.

21 | DATED:  12/16/11
22 |                               SUSAN ILLSTON
                              United States District Judge