MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
NATALIE LEE (CABN 277362)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0879 SI |
|     Plaintiff, ) | UNITED STATES'S WITNESS LIST |
|     v. ) | |
| DEBORAH JEAN MADDEN, ) | |
|     Defendant. ) | |

    The United States may call the following witnesses at trial.  The brief summaries of the witnesses' testimony set forth below are not intended to be comprehensive.

    1.    <u>Jillian Bartgis.</u>  Jillian Bartgis is a criminalist who works for the California Department of Justice's Central Valley Laboratory.  She retested and reweighed certain narcotics evidence from the San Francisco Police Department's ("SFPD's") Crime Laboratory.  She will testify about that retesting and reweighing.

    2.    <u>Martha Blake.</u>  Martha Blake is the quality assurance manager at the SFPD's Crime Laboratory.  She will testify about laboratory procedures and her interactions with the

defendant.

3. <u>Belinda Chin.</u>  Belinda Chin is a payroll manager at the SFPD.  She will authenticate records concerning the dates and hours on which defendant Deborah Jean Madden worked and for which she was paid.

4. <u>Jacqueline Eng.</u>  Jacqueline Eng works in the SFPD's Technology Department and will testify about information technology and data at SFPD.

5. <u>Meagan Gallagher.</u>  Meagan Gallagher is a criminalist who works for the California Department of Justice's Central Valley Laboratory.  She retested and reweighed certain narcotics evidence from the SFPD Crime Laboratory.  She will testify about that retesting and reweighing.  She will also testify about accepted laboratory practices.

6. <u>Veronica Grossi.</u>  Veronica Grossi is the defendant's sister.  She will testify about discovering a vial or plastic bag of white powder in the defendant's bedroom in December 2009.

7. <u>Darcy Keller.</u>  Inspector Darcy Keller works in the SFPD's internal affairs division.  She will testify about her investigation in this matter.

8. <u>Katherine Klueber.</u>  Special Agent Katherine Klueber is the Federal Bureau of Investigation ("FBI") case agent assigned to this matter.  She will testify about her investigation.

9. <u>Boyd Lasater.</u>  Boyd Lasater is a criminalist who works for the California Department of Justice's Sacramento Laboratory.  He retested and reweighed certain narcotics evidence from the SFPD Crime Laboratory.  He will testify about that retesting and reweighing.

10. <u>Gregory Nestor.</u>  FBI Special Agent Gregory Nestor previously was the case agent assigned to this matter.  He will testify about his investigation.

11. <u>Norman Noble.</u>  Norman Noble works in the SFPD's Technology Department and will testify about information technology and data at SFPD.

12. <u>Paul Ospital.</u>  Paul Ospital is an SFPD officer.  He will testify about finding a white powder wrapped in paper when he searched the defendant's home in March 2010.

13. <u>Manoj Philip.</u>  Manoj Philip is a senior developer at FileonQ, a provider of records and information management-based business technology.  He will testify about SFPD information technology and data.

14.  Barbara Pini. Barbara Pini is a rehabilitation nurse at the Camp Recovery Center, the substance-abuse rehabilitation center that defendant entered in December 2009. She will testify about the vial delivered to the rehab center by Veronica Grossi when Ms. Grossi brought defendant to the rehab center.

15.  Walter Rantanen. Walter Rantanen is an expert in fiber science. He will testify that the paper wrapped around the cocaine found in defendant's bedroom in March 2010 is consistent with paper used at the SFPD's Crime Laboratory.

16.  Scott Reinhardt. Scott Reinhardt is a criminalist at the San Mateo County Forensic Laboratory. He will testify about testing the white powder found in defendant's bedroom in March 2010 and concluding that it was cocaine.

17.  Tasha Smith. Tasha Smith is a criminalist at the SFPD's Crime Laboratory. She will testify about her work at the crime laboratory and her interactions with the defendant. Among other things, she will testify about in incident in which the defendant surreptitiously entered Ms. Smith's evidence locker, which contained narcotics, when no else was present at the crime laboratory.

18.  Pascal Szu. Pascal Szu works for the SFPD on matters relating to information technology and data. He will authenticate and explain keycard and alarm data that establishes the defendant's presence at the SFPD's Crime Laboratory on specific days and at specific times.

19.  Peter Walsh. Lieutenant Peter Walsh investigated defendant's embezzlement of narcotics from the crime laboratory when he was previously assigned to the SFPD's internal affairs division. He will testify about his investigation.

20.  Lori Wilson. Lori Wilson is a consultant at Oracle who will testify about information technology and data at SFPD.

21.  Jennifer Wiggins. Jennifer Wiggins was formerly a receptionist at the Camp Recovery Center, the substance-abuse rehabilitation center that defendant entered in December 2009. She will testify about the vial delivered to the rehab center by Veronica Grossi when Ms. Grossi brought defendant to the rehab center.

22.  Lois Woodworth. Lois Woodworth is the former supervisor of the narcotics unit

at the SFPD's Crime Laboratory. She will testify about the defendant's work at the crime laboratory, circumstances surrounding the defendant's unauthorized, after-hours entry into Tasha Smith's evidence locker, and her own retesting and reweighing of narcotics evidence that had been in the crime laboratory during the period when the defendant was embezzling narcotics from the lab.

23. <u>William "Ken" Zink.</u> Detective Ken Zink of the San Pablo Police Department is assigned to the West Contra Costa County Narcotics Enforcement Team. He will testify as an expert about cocaine use and user amounts.

DATED: September 6, 2012            Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    _____/s/_____
                                    ANDREW P. CAPUTO
                                    NATALIE LEE
                                    Assistant United States Attorneys