MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
NATALIE LEE (CABN 277362)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov
   E-Mail: natalie.lee2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0879 SI |
|    Plaintiff, ) | PROPOSED FORM OF VERDICT |
|   v. ) | Date: Tuesday, September 11, 2012 |
| DEBORAH JEAN MADDEN, ) | Time: 3:30 p.m. |
|    Defendant. ) | |

    We, the Jury, find the defendant Deborah Jean Madden NOT GUILTY or GUILTY (circle one) of acquiring or obtaining possession of cocaine through misrepresentation, fraud, forgery, deception, or subterfuge, as charged in the indictment.

DATED: _____        _____

                                                                                       FOREPERSON

PROPOSED FORM OF VERDICT
CR 11-0879 SI

1  DATED: September 6, 2012        Respectfully submitted,

2                                  MELINDA HAAG
                                   United States Attorney
3

4
                                   _____/s/_____
5                                  ANDREW P. CAPUTO
                                   NATALIE LEE
6                                  Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED FORM OF VERDICT
CR 11-0879 SI                2