IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEBORAH JEAN MADDEN,<br><br>    Defendant.<br>                                                           / | No. CR 11-0879 SI<br><br>**ORDER REGARDING DEFENDANT MADDEN'S IN LIMINE MOTION CONCERNING THE USE OF IMMUNIZED TESTIMONY** |

On September 11, 2012, at the final pretrial conference in this action, defendant moved in limine to delay the trial, based on "the emergence of a *Kastigar* [*v. United States*, 406 U.S. 441 (1972)) issue." Defendant asserted that prior to convening the grand jury in this case, plaintiffs' counsel were aware of, although they did not see, read or have contact with, the transcript of defendant's immunized testimony in March and April 2011, in a prior state case.

At the pretrial conference, government counsel asserted that none of the investigators or prosecutors in this case had any knowledge of the contents of defendant's immunized testimony. The Court ordered the United States Attorney's Office to provide declarations: (1) affirming that they had no knowledge of the immunized testimony; and (2) establishing the independent source of its evidence. Plaintiff provided these declarations on September 17, 2012. On September 20, 2012, defendant filed a memorandum, in which defense counsel "accept[s] the representations in full" and acknowledges that "the U.S. Attorney's Office did not use, directly or derivatively in a *Kastigar* sense, the immunized

testimony," and that "the *Kastigar* issue [is put] to rest."

The Court agrees. In light of the government's affidavits, the Court is satisfied that plaintiff has met its burden to prove that the government's evidence is derived from a legitimate source wholly independent of the compelled testimony. Plaintiff has met this burden based on the preponderance of the evidence, and no further hearings are required.

**IT IS SO ORDERED.**

Dated: September 20, 2012

SUSAN ILLSTON
United States District Judge