IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEBORAH JEAN MADDEN,<br><br>    Defendant.<br>_____/ | No. CR 11-0879 SI<br><br>**VERDICT** |

Question 1: We, the Jury, find the defendant Deborah Jean Madden NOT GUILTY or GUILTY (circle one) of acquiring or obtaining possession of cocaine through misrepresentation, fraud, forgery, deception, or subterfuge, as charged in the indictment.

If all of you find the defendant NOT GUILTY of this offense, please answer Question 2. If all of you find the defendant GUILTY of this offense, please disregard Question 2.

Question 2: We, the jury, find the defendant Deborah Jean Madden NOT GUILTY or GUILTY (circle one) of simple possession of cocaine, the lesser included offense of the charge in the indictment.

DATED: _____          _____
                                                          FOREPERSON