MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
NATALIE LEE (CABN 277362)
Assistant United States Attorneys
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0879 SI |
| Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING AND STAYING OF BRIEFING ON RULE 29 MOTION, AND [PROPOSED] ORDER |
| v. | |
| DEBORAH JEAN MADDEN, | |
| Defendant. | |

The parties respectfully stipulate as follows:

1. This matter is currently on the Court's calendar for a status hearing in the wake of the mistrial declared on January 31.

2. The parties have been attempting to agree on a path forward but have not yet reached agreement.  Accordingly, they jointly request that the Court continue the currently scheduled status hearing by two weeks, to March 1, to allow the parties additional time for their discussions.

3. Earlier today defendant Deborah Jean Madden filed a motion for acquittal under

STIPULATION & [PROP.] ORDER
CR 11-0879 SI

Federal Rule of Criminal Procedure 29.  The parties request that briefing and argument on this motion be stayed pending resolution of the parties' efforts to reach agreement on a path forward.

IT IS SO STIPULATED.

DATED: February 14, 2013             Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                                     _____/s/_____
                                     ANDREW P. CAPUTO
                                     NATALIE LEE
                                     Assistant United States Attorneys

DATED: February 14, 2013             _____/s/_____
                                     PAUL DEMEESTER
                                     Attorney for Defendant

# [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, the currently scheduled status hearing in this matter is continued to March 1, 2013, at 11:00 a.m.  Briefing and argument on defendant's motion for acquittal is hereby stayed pending further order of the Court.

DATED: February __, 2013             _____
                                     SUSAN ILLSTON
                                     United States District Judge