PAUL F. DeMEESTER (CA SBN 148578)
Attorney at Law
1766A - 18th Street
San Francisco, California 94107
415.305.7280; 415.861.2695 (fax)
E-mail: paulfdemeester@msn.com

Attorney for Defendant DEBORAH JEAN MADDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00879-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL WITHIN STATE FROM JUNE 28, 2013 THROUGH JUNE 30, 2013** |
| vs. | |
| DEBORAH JEAN MADDEN, | |
| Defendants. | |

## **STIPULATION**

Defendant DEBORAH JEAN MADDEN has been on pretrial release since her bond hearing appearance before the magistrate court on December 9, 2011. As a condition of her release, Ms. Madden is not to travel outside the Northern District of California without the Court's permission.

Ms. Madden now wishes to travel to Riverside and San Bernardino Counties, California, leaving on Friday, June 28, 2013, by flying into Palm Springs Airport and staying at the Joshua Tree Retreat Center, 59700 Twentynine Palms Highway, Joshua

---
Defendant's Travel Permission Stipulation

1

1 Tree, San Bernardino, CA 92252 [760.365.8371] and returning home on Sunday, June 30, 2013.  Ms. Madden will fly Alaska Airlines southbound and United Airlines home.

The retreat trip is under the auspices of her Alcoholics Anonymous groups.  The organizing contact person is Ms. Astrid Howe 818.314.6168.  This retreat trip is part of Ms. Madden's recovery efforts in addressing her alcoholism.

Neither Pretrial Services nor the Government object to the modification of Ms. Madden's release conditions to accommodate this trip.

Accordingly, the parties agree and stipulate that the conditions of release should be modified to permit Ms. Madden to travel from her home in San Mateo to Joshua Tree via Palm Springs from Friday, June 28, 2013 through Sunday, June 30, 2013, for the purpose of attending said retreat.

DATED: June 25, 2013.

_____/s/_____
PAUL F. DeMEESTER
Attorney for Ms. Madden

_____/s/_____
ANDREW P. CAPUTO
NATALIE LEE
Assistant United States Attorneys

SO ORDERED on June  26 , 2013.

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
CHIEF MAGISTRATE JUDGE

_____
Defendant's Travel Permission Stipulation

2